# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13185

_____

In re: COBB COUNTY SCHOOL DISTRICT,

                                      Petitioner.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No. 1:22-CV-02300-ELR

_____

Before ROSENBAUM and NEWSOM, Circuit Judges.

BY THE COURT:

Petitioner's request for a writ of mandamus is DENIED. It appears to have "other adequate means to attain the relief [it] desires," *Rohe v. Wells Fargo Bank, N.A.*, 988 F.3d 1256, 1267 (11th Cir. 2021). *See Hines v. D'Artois*, 531 F.2d 726, 737–38 (5th Cir. 1976).

Petitioner's motion to file a supplemental brief is GRANTED to the extent it has leave to file the proposed supplemental brief docketed in this Court on October 12, 2023.